AO 442 (Rev. 11/11) Arrest Warrant

FBI

# UNITED STATES DISTRICT COURT
### for the

Eastern _____ District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    23-CR-308-1 |
| | ) | |
| KAMAL FATALIEV | ) | |
| Defendant | ) | |

SEALED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     KAMAL FATALIEV

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
18:1001(a)(2) - FALSE STATEMENTS TO GOVERNMENT OFFICIALS

Date:        07/18/2023

s/ Eric Sobieski, Deputy Clerk
*Issuing officer's signature*

City and state:     Philadelphia, Pa

George Wylesol, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/18/23 , and the person was arrested on *(date)* 7/19/23 at *(city and state)* PHILADELPHIA, PA |
| Date: 7/19/23 |
| *Arresting officer's signature* |
| FBI   SA   JED FISHER |
| *Printed name and title* |