IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION NO.:** |
| v. | : | |
| | : | 23-CR-00308 |
| **KAMAL FATALIEV** | : | |

**N O T I C E**

Take **NOTICE** that this case shall be listed for **TRIAL** before the **Honorable Harvey Bartle III** beginning on **July 22, 2024 at 9:15 a.m.** at the **United States Courthouse, 601 Market Street, Courtroom 16A, Philadelphia, PA 19106**. Jury selection will begin on **July 22, 2024 at 10:00 a.m. in Courtroom 16A**.

The following attorneys are hereby **ATTACHED** for trial as of **July 22, 2024**:

**For Government:**   Dimitry Slavin, AUSA
Joseph A. Labar, AUSA
Vineet Guari, Esquire

**For Defendant:**   Jonathan A. McDonald, Esquire

For additional information, please contact the undersigned.

**Date:  June 26, 2024**

**By:**   Nicole Spicer, Courtroom Deputy
to the HONORABLE HARVEY BARTLE III
nicole_spicer@paed.uscourts.gov / 267-299-7389